IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN BALDWIN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5769

Opinion filed March 17, 2015.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Steven Baldwin, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C. J., MARSTILLER, and OSTERHAUS, JJ., CONCUR.